JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LESLIE SMITH,<br><br>Petitioner,<br><br>v.<br><br>MR. G. GUTIERREZ, Warden,<br><br>Respondent. | Case No. 2:21-cv-05393-GW (AFM)<br><br>**JUDGMENT** |

    In accordance with the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice,

    IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Court.

DATED:  August 3, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE